# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Sandpiper CDN, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>Comcast Cable Communications, LLC d/b/a Xfinity; Comcast Cable Communications Management, LLC d/b/a/ Comcast Technology Solutions; and Comcast Corporation.<br><br>*Defendants*. | Civil Case No. 2:24-cv-00886-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT UNOPPOSED MOTION FOR ENTRY OF DISCOVERY ORDER**

Plaintiff Sandpiper CDN, LLC ("Sandpiper") and Defendants Comcast Cable Communications, LLC, d/b/a Xfinity; Comcast Cable Communications Management, LLC, d/b/a/ Comcast Technology Solutions; and Comcast Corporation, (collectively "Comcast" or "Defendants") move that the Court enter the Discovery Order, attached hereto.

Date: February 4, 2025

Respectfully submitted,

By:  /s/ *Robert H. Reckers*
Robert H. Reckers
Attorney-in-Charge
Texas Bar No. 24039520
**SHOOK, HARDY & BACON L.L.P.**
600 Travis Street, Suite 3400
Houston TX 77002
Phone: 713.546.5626
Fax: 713-227-9508
rreckers@shb.com

Melissa Richards Smith
Local Counsel
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
903-934-8450
Fax: 903-934-9257
melissa@gillamsmithlaw.com

*Counsel for Plaintiff Sandpiper CDN, LLC*

Respectfully submitted,

*/s/ David J. Lisson*
Deron Dacus (State Bar No. 00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

Ashok Ramani (CA Bar No. 200020)
David J. Lisson (CA Bar No. 250994)
900 Middlefield Road, Suite 200
Redwood City, CA 94063
ashok.ramani@davispolk.com
david.lisson@davispolk.com

Alena Farber (NY Bar No. 5896170)
450 Lexington Avenue
New York, NY 10017
alena.farber@davispolk.com

*Counsel for Comcast Defendants*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is an unopposed joint motion.

*/s/ Robert H. Reckers*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document is being served through CM/ECF on February 4, 2025.

/s/ *Robert H. Reckers*
Robert H. Reckers
