IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SANDPIPER CDN, LLC, | § |
| *Plaintiff,* | § |
| v. | §  CASE NO. 2:24-CV-00886-JRG-RSP |
| COMCAST CABLE COMMUNICATIONS, LLC *d/b/a* XFINITY and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC *d/b/a* COMCAST TECHNOLOGY SOLUTIONS, | § |
| *Defendants*. | § |

## ORDER

Comcast Cable Communications, LLC; Comcast Cable Communications Management, LLC; and Comcast Corporation previously filed a Motion to Dismiss or Transfer (Dkt. No. 18.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 67), recommending denial of Comcast's Motion to Dismiss or Transfer. Comcast has now filed Objections (Dkt. No. 68), with Sandpiper CDN, LLC filing a Response (Dkt. No. 72.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss or Transfer, the Report and Recommendation, and the briefing on Comcast's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Comcast's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss or Transfer (Dkt. No. 18) is **DENIED**.

2

**So ORDERED and SIGNED this 24th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE